**JUDGE LEISURE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 10707**

---------------------------------------------------------------X

HECTOR LOPEZ,

                               Plaintiff,

    -against-

RICHARD WELLS and NEW ENGLAND MOTOR
FREIGHT, INC.

                               Defendants.

---------------------------------------------------------------X

Civil Action No.

F.R.C.P. 7.1
STATEMENT OF DEFENDANT

RECEIVED
NOV 30 2007
U.S.D.C. S.D.N.Y.
CASHIERS

       Defendants, NEW ENGLAD MOTOR FREIGHT, INC., in compliance with 7.1 of the Federal Rules of Civil Procedures states that NEW ENGLAND MOTOR FREIGHT, INC., is not a publicly traded corporation, has no publicly held corporation that owns 10% or more of its stock, and has no parent corporation.

                                                      _____
                                                      Todd C. Rubenstein, Esq.
                                                      Abrams, Fensterman, Fensterman, Eisman,
                                                      Greenberg, Formato & Einiger, LLP
                                                      Attorney for Defendants-Richard Wells and
                                                      New England Motor Freight, Inc.
                                                      1111 Marcus Avenue, Suite 107
                                                      Lake Success, New York 11042
                                                      (516) 328-2300

Dated: November 29, 2007