UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HECTOR LOPEZ,

                     Plaintiff,

  -against-                                       **CERTIFICATE OF SERVICE**

RICHARD WELLS and NEW ENGLAND MOTOR     Civil Action No.:  07 CV 10707
FREIGHT, INC.

                     Defendants.
------------------------------------------------------------------X

      I hereby certify that I have served a copy of the attached **CIVIL COVER SHEET; F.R.C.P. 7.1 STATEMENT OF DEFENDANT AND NOTICE OF REMOVAL WITH EXHIBITS "A" THROUGH "D"; INDIVIDUAL PRACTICE RULES OF JUDGE PETER K. LEISURE, SENIOUR U.S. DISTRICT JUDGE; UNITED STATES DISTRICT COURT 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; UNITED STATES DISTRICT COURT GUIDELINES FOR ELECTRONINC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN** upon James L. Hyer, Esq. Attorneys for Plaintiff, Faga Savino, LLP, whose address is, 1200 Waters Place, Suite 301, Bronx, New York 10461 by Federal Express for delivery on Monday, December 3, 2007.

Dated: Lake Success, New York
        November 30, 2007

                                                        TODD C. RUBENSTEIN, ESQ. (TR-8884)
                                                        Abrams, Fensterman, Fensterman, Eisman,
                                                        Greenberg, Formato & Einiger, LLP
                                                        Attorney for Defendants-Richard Wells and
                                                        New England Motor Freight, Inc.
                                                        1111 Marcus Avenue, Suite 107
                                                       Lake Success, New York 11042
                                                       (516) 328-2300