UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HECTOR LOPEZ,

                           Plaintiff,

                        -against-                                      JURY DEMAND

RICHARD WELLS, NEW ENGLAND MOTOR         07-CIV-10707 (PKL)
FREIGHT, INC.,

                        Defendants.
------------------------------------------------------------------X

       The Plaintiff, HECTOR LOPEZ respectfully requests pursuant to the Federal Rules of Civil Procedure Section 38 (b) that the above-captioned matter be tried before a jury.

Dated: December 7, 2007
       Bronx, New York

                                        FAGA SAVINO, LLP.
                                        By: _____
                                        Kevin B. Faga, Esq.  KF 5829
                                        *Attorneys for Plaintiff*
                                        1200 Waters Place, Suite 301
                                        Bronx, New York 10461
                                        (718) 931-6000

TO:   Todd C. Rubenstein, Esq.
        Abrams, Fensternam, Fensterman, Eisman,
        Greenburg, Formato & Einiger LLP.
        *Attorneys for the Defendants*
        1111 Marcus Avenue, Suite 107
        Lake Success, New York 11042
        (516) 328-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HECTOR LOPEZ,

                           Plaintiff,

                        -against-                                      JURY DEMAND

RICHARD WELLS, NEW ENGLAND MOTOR         07-CIV-10707 (PKL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK       07-CIV-10707 (PKL)
-----------------------------------------------------------------X

HECTOR LOPEZ,

                           **Plaintiff,**

                          -against-

                                                                **CERTIFICATION OF SERVICE**

RICHARD WELLS and NEW ENGLAND MOTOR
FREIGHT, INC.

                          **Defendants.**
-----------------------------------------------------------------X

      Kevin B. Faga, Esq., an attorney duly admitted to practice law before the courts of the State of New York, under penalty of perjury affirms the following to be true:

      I am not a party to the above-captioned action.

      On December 7, 2007, I served the within JURY DEMAND and Supporting Papers on the following persons:

        TODD RUBENSTEIN, ESQ.
        ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG,
        1111 Marcus Avenue, Suite 107
        Lake Success, New York 11042

      By placing same in a pre-paid post wrapper and depositing same into a mail box maintained exclusively by the United States Postal Service at 1200 Waters Place, Bronx, New York.

**Dated: Bronx, New York**
       **December 7, 2007**

                                                  KEVIN B. FAGA, ESQ.   KF 5829

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK       07-CIV-10707 (PKL)
-----------------------------------------------------------------X

HECTOR LOPEZ,

                           **Plaintiff,**

                          -against-

                                                              **CERTIFICATION OF SERVICE**