# ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, GREENBERG, FORMATO & EINIGER, LLP

*Attorneys at Law*

1111 MARCUS AVENUE - SUITE 107
LAKE SUCCESS, NEW YORK 11042

MANHATTAN OFFICE:
630 3RD AVENUE
5TH FLOOR
NEW YORK, NY 10017
(212) 279-9200

TELEPHONE: (516) 328-2300
(516) 437-7575
FAX: (516) 328-6638
FAX NOT FOR LEGAL SERVICE
www.abramslaw.com

NEW JERSEY OFFICE:
75 RARITAN AVENUE
SUITE 205, BOX 5
HIGHLAND PARK, NJ 08904
(732) 828-4241

Todd C. Rubenstein, Esq.
Trubenstein@abramslaw.com
Direct Dial: 516-592-5859

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07**

January 3, 2008

**MEMO ENDORSED**

Via Facsimile 212-805-7913

The Honorable Peter K. Leisure, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street-Room 1910
New York, NY 10007

   Re: *Hector Lopez v. Richard Wells and New England Motor Freight, Inc.*
     United States District Court/Southern District of New York
     Civil Action No.: 07-CV-10707
     Our File No.: 100-758

Dear Judge Leisure:

  We represent defendants Richard Wells and New England Motor Freight, Inc. ("defendants") with regard to the above referenced matter, which was instituted by Notice of Removal.

  Plaintiff has recently filed a Motion for Remand and we write seeking Your Honor's approval to a briefing schedule whereby defendants would submit opposition no later than January 25, 2008, and plaintiff shall submit reply, if any, no later than February 11, 2008. The aforementioned timetable has been discussed and is acceptable to all counsel of record.

  Thank you for Your Honor's consideration.

1/63/08
SO ORDERED
*[signature]*
USDJ

Respectfully yours,

*[signature]*

Todd C. Rubenstein

TCR/cn
cc: Faga Savino, LLP