UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HECTOR LOPEZ,

                                                   **Case No.: 07 cv 10707(PKL)**
                          Plaintiff,

    -against-

RICHARD WELLS, NEW ENGLAND MOTOR    **AFFIDAVIT OF**
FREIGHT, INC.,                                       **NANCY BLAKEMAN**

                          Defendant(s).
-------------------------------------------------------------X

STATE OF NEW JERSEY )
                       : ss.:
COUNTY OF UNION )

    Nancy Blakeman, of full age, being duly sworn deposes and says:

    1.    I am an individual and was initially a named defendant in the above referenced matter at the time it was commenced in the Supreme Court of the State of New York, County of Bronx. I am also a Vice President of named defendant New England Motor Freight, Inc., a New Jersey Corporation with its principal place of business at 1-71 North Avenue East, Elizabeth, New Jersey 07201.

    2.    I have been asked to submit this affidavit in opposition to plaintiff's Motion for Remand.

    3.    I have been advised that plaintiff commenced his initial summons and complaint against me on December 29, 2006, and subsequently sought to discontinue his action against me by filing a Notice of Discontinuance with the Bronx County Clerk on February 13, 2007. At no time was I ever served in person, or otherwise, with the Notice of Discontinuance.

Case 1:07-cv-10707-PKL    Document 16    Filed 01/24/2008    Page 2 of 2

4. I have never retained legal counsel to represent me in the lawsuit filed by plaintiff Hector Lopez, and have not authorized any law firm, entity or individual to accept service of process on my behalf.

5. For at least five years prior to December 29, 2006, and at all times subsequent thereto through the present (the "relevant time period"), I have resided and been domiciled as that term has been explained to me in the State of New York. During the relevant time period I have maintained my permanent and only residence in the State of New York with the intention of remaining there, have held a driver's license only in the State of New York, have paid taxes to the State of New York, and have voted in elections only in the State of New York.

_____
Nancy Blakeman

Sworn to before me this
9th day of January 2008

_____
Jessie B Mabasa
Notary Public Of New Jersey
Commission Expires 8/1/2012