UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HECTOR LOPEZ,

                Plaintiff,

-against-                                     **CERTIFICATE OF SERVICE**

RICHARD WELLS and NEW ENGLAND MOTOR      Civil Action No.: 07 CV 10707
FREIGHT, INC.

                Defendants.
-------------------------------------------------------------X

       I hereby certify that on today's date the foregoing Response and Memorandum of Law in Opposition to Plaintiff's Motion to Remand, Declaration of Todd C. Rubenstein, and Affidavit of Nancy Blakeman were filed electronically through the ECF system and a hard copy was addressed and enclosed in a postage paid envelope and depositing in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, and was addressed to plaintiff's counsel as follows:

    James L. Hyer, Esq.
    Faga Savino, LLP
    1200 Waters Place, Suite 301
    Bronx, New York 10461

Dated: Lake Success, New York
         January 24, 2008

                                                      _____
                                                      TODD C. RUBENSTEIN, ESQ. (TCR-8884)
                                                      Abrams, Fensterman, Fensterman, Eisman,
                                                      Greenberg, Formato & Einiger, LLP
                                                      Attorney for Defendants-Richard Wells and
                                                      New England Motor Freight, Inc.
                                                      1111 Marcus Avenue, Suite 107
                                                      Lake Success, New York 11042
                                                      (516) 328-2300