UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HECTOR LOPEZ,

**Case No.: 07 cv 10707(PKL)**

Plaintiff,

-against-

RICHARD WELLS, NEW ENGLAND MOTOR
FREIGHT, INC.,

Defendant(s).
-------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

A proposed settlement agreement having been reached between plaintiff and defendants Richard Wells and New England Motor Freight Inc., it is hereby stipulated and agreed that this action including all claims for indemnity, is discontinued as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice, but with each party to pay its own costs and attorneys fees.

It is further stipulated and agreed that if the settlement is not consummated and the settlement funds are not paid within thirty (30) days of the entry of this order, this action will be restored to the active docket of this Court upon written application of plaintiff's counsel, on notice to all parties.

Dated: Lake Success, NY
      September 2, 2008

SO ORDERED

_____
                                 , U.S.D.J.

07 cv 10707(PKL)
Stipulation and Order of Dismissal
Page 2

Kevin B. Faga (KF 5829)
FAGA SAVINO, LLP.
Attorneys for Plaintiff
1200 Waters Place, Suite 301
Bronx, New York 10461
(718) 931-6000

Todd C. Rubenstein, Esq. (TR-8884)
ABRAMS, FENSTERMAN, FENSTERMAN,
EISMAN, GREENBERG, FORMATO & EINIGER, LLP.
Attorneys for the Defendants
1111 Marcus Avenue, Suite 107
Lake Success, New York 11042
(516) 328-2300